UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-80219-Middlebrooks/Brannon

DAVID POSCHMANN,

    Plaintiff,

v.

JAN REAL ESTATE COMPANY, LTD., *et al.*,

    Defendants.

_____/

**ORDER DISMISSING DEFENDANTS**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice as to Defendant Irish Invasion Inc., filed on May 20, 2020 (DE 63) and upon the Parties' Joint Stipulation of Dismissal with Prejudice as to Defendants Jan Real Estate Company, Ltd. and Danny's Lili K's Cafe, LLC (DE 68). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and thus no Order of the Court is required. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Plaintiff's claims against Defendants Irish Invasion Inc., Jan Real Estate Company, Ltd., and Danny's Lili K's Café are **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **TERMINATE** Defendants Irish Invasion Inc., Jan Real Estate Company, Ltd., and Danny's Lili K's Cafe as a defendants in this matter.

(3) The Parties shall bear their own fees and costs, except as otherwise agreed.

**SIGNED** in Chambers in West Palm Beach, Florida, this 4=5th day of June, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE