**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-80219-MIDDLEBROOKS/Brannon

DAVID POSCHMANN,

    Plaintiff,

v.

JAN REAL ESTATE COMPANY, LTD., *et al.*,

    Defendants.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on June 22, 2020. (DE 74) The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and thus no Order of the Court is required. As all other Defendants in this action have previously been dismissed, it is hereby **ORDERED and ADJUDGED** that:

(1)    The above-styled action is **DISMISSED WITH PREJUDICE**.

(2)    The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending Motions as **MOOT**.

(3)    The Parties shall bear their own fees and costs, except as otherwise agreed.

**SIGNED** in Chambers in West Palm Beach, Florida, this 23rd day of June, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE